IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DEAN DAWSON,

    Plaintiff,                    No. CIV S-04-1094 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.             <u>ORDER</u>

        On July 7, 2005, plaintiff filed a letter. This civil rights action was closed on May 13, 2005. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. The Clerk's Office is directed to serve a copy of this order on plaintiff at the address shown on his July 7th filing.[1]

DATED: July 12, 2005.

                        UNITED STATES MAGISTRATE JUDGE

/kf daws1094.58

---

[1] It appears from a review of the docket that plaintiff has not kept the court apprised of his most recent address changes, as required by Local Rule 83-182(f). Nevertheless, the court's service of orders on plaintiff's address of record was fully effective.